**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 609 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TEVIN THOMAS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

AND NOW, this 4th day of June, 2019, the Petition for Allowance of Appeal is

**DENIED**.